In the United States District
Court of the Southern District

PD-1415-10

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 20 2015
Abel Acosta, Clerk

Kemuel Lindsey
Appellant

§
§
§
§
§
§
§
§

Tr. Ct. No 08-CR-2757-B

v.

State of Texas
Appellee

RECEIVED
AUG 17 2015
13th COURT OF APPEALS

## Motion for Leave to file an out of time Petition for Discretionary Review

I the Appellant moves the Hon. Court to grant this Appellant's Petition Discretionary Review according to the Hon. Courts second affirmance and opinion on remand I am in Administrative Segregation at this Unit.

FILED IN
COURT OF CRIMINAL APPEALS
AUG 20 2015
Abel Acosta, Clerk

8-11-15

Respectfully submitted,

Kemuel Lindsey
Clements Unit
9601 Spur 591
Amarillo, Texas 79107